## Charles C. SCALIONE, Appellant, v. Carl BOSCH, Appellee.

(Court of Appeals of District of Columbia. Submitted March 8, 1926. Decided April 5, 1926.)

No. 1825.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

ROBB, J. Associate Justice. This interference involves the same applications of the parties Scalione and Bosch that were involved in the prior interference, patent appeal No. 1824, —— App. D. C. ——, 12 F.(2d) 171, just decided, and the same contentions are made. It follows that the rulings made in that case are controlling here, and accordingly the decision is affirmed.

Affirmed.

═══════

## Charles C. SCALIONE, Appellant, v. Heinrich HEIMANN, Appellee.

(Court of Appeals of District of Columbia. Submitted March 8, 1926. Decided April 5, 1926.)

No. 1826.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

ROBB, Associate Justice. This interference involves the same applications of the parties Scalione and Heimann that were involved in Patent Appeal No. 1824, —— App. D. C. ——, 12 F.(2d) 171, just decided. Heimann relies upon his German application, as did the party Bosch in patent appeal No. 1824. Since the rulings in that case are applicable here, the facts being substantially the same, the decision is affirmed.

Affirmed.